UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSEPH F. KENNEDY,

                  Plaintiff,

-against-

COUNTRY OF VENEZUELA;
COUNTRY OF UZBEKISTAN,

                  Defendants.
-----------------------------------------------------------------X

JUDGMENT
05-CV- 3539 (CBA)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 03 2005 ★
P.M. _____
TIME A.M. _____

A Memorandum and Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on August 02, 2005, granting plaintiff's request to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915; dismissing plaintiff's complaint as frivolous; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith; and denying *in forma pauaperis* status for purpose of an appeal; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that plaintiff's request to proceed *in forma pauperis* is granted pursuant to 28 U.S.C. § 1915; that plaintiff's complaint is dismissed as frivolous; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal would not be taken in good faith; and that *in forma pauperis* status is denied for purpose of an appeal.

Dated: Brooklyn, New York
        August 02, 2005

                                              /s/
                                   ROBERT C. HEINEMANN
                                   Clerk of Court